UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RICHARD NATHANIEL MILLER                    CIVIL ACTION

VERSUS                                      NO. 12-2806

JAMES M. LEBLANC, STEVE C. RADER,
WARDEN                                      SECTION "A"(5)

## ORDER

Petitioner Richard Nathaniel Miller has filed objections to the Report and Recommendation filed by the United States Magistrate Judge.[1] The Court found it difficult to construct a cogent argument from Petitioner's memoranda, much less any argument that impugns the magistrate judge's recommendation. Miller for the most part offers up his own version of the facts leading up to his arrest and trial. But Miller's disagreement with the state appellate court's rendition of the facts does not provide a basis for federal habeas relief. The magistrate judge addressed four of Miller's ineffective assistance of counsel claims on the merits and found Miller's myriad of other complaints to be unexhausted. Nothing in Miller's objections suggests error.

The Court therefore approves the magistrate judge's Report and Recommendation and adopts it as its opinion herein.

---

[1] The objection comprises four separate filings. (Rec. Docs. 20, 21, 24 & 25). Petitioner requested and was granted two extensions of time to submit his response to the Report and Recommendation. (Rec. Docs. 18, 19, 22, & 23).

Accordingly;

**IT IS ORDERED** that the petition of Richard Nathaniel Miller
for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is
hereby **DISMISSED WITH PREJUDICE**.

March 21, 2014

_____
UNITED STATES DISTRICT JUDGE